UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONSOLIDATED ADJUSTING INC.,

    Plaintiff(s),

    v.

ARMEN DER TERROSIAN, et al.,

    Defendant(s).
_____/

No. C 11-0624 PJH

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

A Further Case Management Conference shall be held on November 17, 2011, at 2:00 p.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California, should this case not be resolved at the October 17, 2011 further settlement conference.

The parties shall appear in person or through lead counsel and shall be prepared to discuss all items referred to in Fed. R. Civ. P. 16(c) and Civil L. R. 16-10 as well as the RICO claim. No new case management conference statement need be filed.

**SO ORDERED.**

Dated: September 2, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge