UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONSOLIDATED ADJUSTING, INC.,

    Plaintiff(s),

    v.

ARMEN DER TERROSIAN, et al.,

    Defendant(s).
_____/

No. C 11-00624 PJH

**ORDER VACATING DISMISSAL AND SCHEDULING CASE MANAGEMENT CONFERENCE**

By notice filed on February 14, 2012, the parties notified the court that this mater had settled conditioned on the signing of the settlement agreement and provision of the consideration within 45 days.  The court thereafter on February 21, 2012, conditionally dismissed the case without prejudice providing the parties an opportunity to have this matter restored to t the active docket should the consideration not e paid within 60 days.  By declaration filed on April 19, 2012, plaintiff's counsel advised that the consideration for the settlement had not been delivered and requested that this matter be restored to the active docket.

Accordingly, The order dismissing this case on February 21, 2012 is VACATED, this case is reopened.  All parties shall appear at a case management conference on **May 17, 2012, at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: May 1, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge