UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONSOLIDATED ADJUSTING INC,

    Plaintiff(s),                 No. C 11-0624 PJH

  v.                                **ORDER OF DISMISSAL**

ARMEN DER TERROSIAN, et al.,

    Defendant(s).

_____/

    The parties hereto, by their counsel, having advised the court again that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within 120 days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

    If no certification is filed, after passage of 120 days, the dismissal shall be **with** prejudice.

    IT IS SO ORDERED.

Dated: June 15, 2012

                                             PHYLLIS J. HAMILTON
                                             United States District Judge